UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-14085-Cannon/McCabe

JAY B. WOLFENBARGER,

    Plaintiff,

v.

3M COMPANY,

    Defendant.
_____/

### REPORT AND RECOMMENDATION ON DEFENDANT'S RENEWED MOTION TO TAX COSTS (DE 24)

THIS CAUSE comes before the Court upon Defendant's Renewed Motion to Tax Costs ("Motion"), which was referred to the undersigned by United States District Judge Aileen M. Cannon (DE 22, DE 24). For the reasons set forth below, the undersigned **RECOMMENDS** that the Motion (DE 24) be **GRANTED.**

**I.    DISCUSSION**

On November 14, 2023, the District Judge granted Defendant's Motion to Dismiss, and dismissed the Amended Complaint with prejudice (DE 19). On November 16, 2023, the District Judge entered a Final Judgment in favor of Defendant (DE 20). Defendant thereafter filed a bill of taxable costs seeking $402.00 for the filing fee (DE 24). Plaintiff did not respond, and the time to do so has passed.

Federal Rule of Civil Procedure 54(d)(1) allows costs to the prevailing party as a matter of course. *See, e.g.*, *Holton v. City of Thomasville Sch. Dist.*, 425 F.3d 1325, 1355 (11th Cir. 2005). Allowable costs include court filing fees. *See* 28 U.S.C. § 1920(1). Accordingly, the undersigned recommends awarding Defendant $402.00 for reimbursement of the filing fee in this case.

## II.   RECOMMENDATION & NOTICE OF RIGHT TO OBJECT

For the reasons stated above, the undersigned **RECOMMENDS** that the Motion (DE 24) be **GRANTED.**

The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with United States District Judge Aileen M. Cannon.  Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation.  *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.

**RESPECTFULLY SUBMITTED** in Chambers at West Palm Beach in the Southern District of Florida, this 17th day of January 2024.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE